IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARING FAMILIES PREGNANCY SERVICES INC. d/b/a MOBILE CARE,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF HARTFORD,<br><br>    Defendant. | Case No. 3:19-cv-00584<br><br>**JOINT STATUS REPORT** |

    Pursuant to this Court's Scheduling Order Regarding Case Management Plan, Dkt. No. 27, the parties submit this Joint Status Report addressing matters relevant to the case at this time.

**I.    Basic Case Background**

Caption of Case: *Caring Families Pregnancy Services, Inc. v. City of Hartford*

Date Complaint Filed:  April 18, 2019

Date Complaint Served:  May 1, 2019

Date of Defendant's Appearance:  May 9, 2019

Date Answer Filed:  May 21, 2019

**II.    Discovery**

Initial Disclosures: The parties exchanged Initial Disclosures on July 1, 2019.

Plaintiff's Discovery Conducted: Plaintiff served first sets of interrogatories, requests for production, and requests for admission on Defendant on July 26, 2019.  Defendant served its responses on September 25, 2019.  Plaintiff has taken the deposition of Defendant's designated 30(b)(6) witnesses, which occurred on November 13, 2019.

Defendant's Discovery Conducted: Defendant served first sets of interrogatories, requests for production, and requests for admission on Plaintiff on November 1, 2019.  Plaintiff requested,

and Defendant agreed to, an extension of time until January 2, 2020, to serve responses. Defendant has noticed Plaintiff's deposition for January 27, 2020. Defendant has also served document requests and a deposition subpoena on nonparty St. Gerard's Center for Life, Inc. Currently, the response date for the document subpoena is January 22, 2020, and the deposition is scheduled for February 4, 2020.

Expert Disclosures (party without burden of proof): Defendant served its expert reports on December 18, 2019. Plaintiff has reserved the right to designate rebuttal experts and will do so promptly, so that the expert discovery deadline is met.

### III. Current Deadlines

Deadline for Expert Depositions: February 14, 2020

Discovery Deadline: February 14, 2020

Motions to Preclude Experts: April 3, 2020

Joint Trial Memorandum: April 3, 2020 (or 30 after ruling on summary judgment motion, whichever is later)

Dispositive Motions: April 3, 2020

### IV. Amendments to Pleadings

The deadlines to amend the complaint, amend the answer, or join additional parties have passed. Neither Plaintiff nor Defendant made any such amendments.

### V. Dispositive Motions

No party has yet filed a dispositive motion. Plaintiff anticipates filing a motion for summary judgment after the completion of discovery. Defendant anticipates filing a cross motion for summary judgment and is amenable to working with Plaintiff to set an agreed schedule.

Respectfully submitted this 20th day of December, 2019.

By: s/ *Denise M. Harle*
Denise M. Harle
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Road NE, Suite D-1100
Lawrenceville, Georgia 30043
(770) 339-0774
dharle@adflegal.org

*Attorneys for Plaintiff*


/S/ *Howard G. Rifkin*
Howard G. Rifkin
Corporation Counsel
Lori A. Mizerak
Assistant Corporation Counsel
City of Hartford
550 Main Street, Rm. 210
Hartford, CT 06103
860-757-9700
howard.rifkin@hartford.gov
mizel001@hartford.gov

Stephanie Toti*
Lawyering Project
25 Broadway, 9th Fl.
New York, NY 10004
646-490-1083
stoti@lawyeringproject.org

*Admitted *pro hac vice*

*Attorneys for Defendant*