IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARING FAMILIES PREGNANCY SERVICES INC. d/b/a MOBILE CARE,<br><br>　　Plaintiff,<br><br>v.<br><br>CITY OF HARTFORD,<br><br>　　Defendant. | Case No. 3:19-cv-00584-JCH<br><br><br>**JOINT MOTION FOR STAY OF BRIEFING IN LIGHT OF THE PARTIES' SETTLEMENT NEGOTIATIONS** |

　　Plaintiff and Defendant jointly move this Court to stay the briefing schedule to permit the Parties to continue their settlement negotiations, which have begun in earnest. The Parties anticipate that an agreement in principal in the near future is very likely, but finalizing the agreement and preparing the papers to file with the Court may take some more time. In order to allow for the time to finally resolve the matter and to economize on the Parties' and the Court's resources, the Parties therefore respectfully request that the Court stay any further briefing for 30 days. In the unlikely event that efforts to resolve the case do not ultimately succeed, the Parties will either file with the Court a status report or propose a timely schedule to complete briefing.

　　Respectfully submitted this 5th[th] day of June, 2020.

　　　　　　　　　　　　　　　　　　By: /s/ *Kevin Theriot*
　　　　　　　　　　　　　　　　　　　　Denise M. Harle*
　　　　　　　　　　　　　　　　　　　　Bar No. PHV CT10058
　　　　　　　　　　　　　　　　　　　　ALLIANCE DEFENDING FREEDOM
　　　　　　　　　　　　　　　　　　　　1000 Hurricane Shoals Road NE, Suite D-1100
　　　　　　　　　　　　　　　　　　　　Lawrenceville, Georgia 30043
　　　　　　　　　　　　　　　　　　　　(770) 339-0774
　　　　　　　　　　　　　　　　　　　　dharle@adflegal.org

　　　　　　　　　　　　　　　　　　　　Kevin Theriot*
　　　　　　　　　　　　　　　　　　　　Bar No. PHV CT17549
　　　　　　　　　　　　　　　　　　　　Samuel D. Green*

Bar No. PHV CT10538
ALLIANCE DEFENDING FREEDOM
15100 N. 90th St.
Scottsdale, Arizona 85260
(480) 444-0020
ktheriot@adflegal.org

*Attorneys for Plaintiff*


 /s/ *Stephanie Toti*
Howard G. Rifkin
Corporation Counsel
Lori A. Mizerak
Assistant Corporation Counsel
City of Hartford
550 Main Street, Rm. 210
Hartford, CT 06103
860-757-9700
howard.rifkin@hartford.gov
mizel001@hartford.gov

Stephanie Toti*
Lawyering Project
25 Broadway, 9th Fl.
New York, NY 10004
646-490-1083
stoti@lawyeringproject.org

Priscilla J. Smith*
Yale Law School RRJP Clinic
319 Sterling Place
Brooklyn, NY 11238
347-262-5177
priscilla.smith@yale.edu

Rupali Sharma*
Lawyering Project
110 Winter Street
Portland, ME 04102
908-930-645
rsharma@lawyeringproject.org

Sneha Shah*
Lawyering Project
300 Morris Street, 7th Floor

2

        Durham, NC 27701
        646-480-8622
        sshah@lawyeringproject.org

        Dipti Singh*
        Lawyering Project
        Box 320
        Los Angeles, CA 90039
        646-480-8973
        dsingh@lawyeringproject.org

*Attorneys for Defendant*

*Admitted *pro hac vice*