IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARING FAMILIES PREGNANCY SERVICES INC. d/b/a MOBILE CARE, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| CITY OF HARTFORD, | ) ) ) |
| Defendant. | ) |

Case No.: 3:19-CV-00584-JCH

July 22, 2020

**JOINT MOTION TO DISMISS PURSUANT TO SETTLEMENT AGREEMENT**

The Parties, having reached a settlement agreement to resolve the issues in this case, hereby move the Court to so order the settlement agreement and dismiss the case in accordance with its terms. As the basis for this motion, the Parties state as follows:

1. Plaintiff alleged that Ordinance No. 25-17, codified at Hartford Municipal Code §§ 17-161 to 17-166, violates the First and Fourteenth Amendments of the U.S. Constitution; Article 1, Section 3 of the Connecticut Constitution; and Section 52-571b of the Connecticut General Statutes. (ECF No. 1)

2. Defendant denied these allegations. (ECF No. 23)

3. The Parties conducted discovery and cross-moved for summary judgment on May 19, 2020. (ECF Nos. 59-60)

4. On June 30, 2020, the Parties entered into a settlement agreement (the "Settlement Agreement"), which is attached as Exhibit A, and incorporated in this motion by reference.

5. The Parties concur that the Settlement Agreement fully resolves their dispute.

6. Thus, the Parties ask the Court to so order the Settlement Agreement and dismiss the lawsuit in accordance with its terms.

1

Dated: July 22, 2020

Respectfully submitted,

| | | |
|---|---|---|
| By: /s/ *Kevin Theriot* | By: /s/ *Stephanie Toti* | |
| Denise M. Harle* | Stephanie Toti* | Howard G. Rifkin |
| Bar No. PHV CT10058 | Bar No.: phv10084 | Corporation Counsel |
| ALLIANCE DEFENDING FREEDOM | Juanluis Rodriguez* | Bar No.: ct29978 |
| 1000 Hurricane Shoals Road NE, | Bar No.: phv10512 | Lori A. Mizerak |
| Suite D-1100 | LAWYERING PROJECT | Asst. Corporation Counsel |
| Lawrenceville, Georgia 30043 | 25 Broadway, 9th Fl. | Bar No.: ct26192 |
| 770-339-0774 | New York, NY 10004 | CITY OF HARTFORD |
| dharle@adflegal.org | 646-490-1083 | 550 Main Street, Rm. 210 |
| | stoti@lawyeringproject.org | Hartford, CT 06103 |
| | prodriguez@lawyeringproject.org | 860-757-9700 |
| | | howard.rifkin@hartford.gov |
| Kevin Theriot* | | mizel001@hartford.gov |
| Bar No. PHV CT17549 | Sneha Shah* | |
| Samuel D. Green* | Bar No.: phv10499 | Priscilla Joyce Smith |
| Bar No. PHV CT10538 | LAWYERING PROJECT | Bar No.: ct30569 |
| ALLIANCE DEFENDING FREEDOM | 300 Morris St. | YALE LAW SCHOOL RRJP CLINIC |
| 15100 N. 90th St. | Durham, NC 27701 | 319 Sterling Pl. |
| Scottsdale, Arizona 85260 | 646-490-1225 | Brooklyn, NY 11238 |
| 480-444-0020 | sshah@lawyeringproject.org | 347-262-5177 |
| ktheriot@adflegal.org | | priscilla.smith@yale.edu |
| | Rupali Sharma* | |
| | Bar No.: phv10467 | |
| | LAWYERING PROJECT | |
| | 110 Winter St., Ste. 4 | |
| | Portland, ME 04102 | |
| | 908-930-6645 | |
| | rsharma@lawyeringproject.org | |

*Attorneys for Plaintiff*               *Attorneys for Defendant*

*Admitted *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 22, 2020, a true and complete copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

/s/ *Stephanie Toti*
Stephanie Toti