# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARING FAMILIES PREGNANCY SERVICES INC. d/b/a MOBILE CARE, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 3:19-CV-00584-JCH |
| v. | ) ) | |
| CITY OF HARTFORD, | ) ) | |
| Defendant. | ) | |

## ORDER DISMISSING THE CASE PURSUANT TO THE PARTIES' SETTLEMENT AGREEMENT

The Court, having considered the parties' settlement agreement and joint motion to dismiss the case pursuant to its terms, **ORDERS** as follows:

1. The settlement agreement attached as Exhibit A to the parties' joint motion is **SO ORDERED** by the Court.

2. This action is hereby **DISMISSED** pursuant to the settlement agreement.

Dated: _____August 7_____, 2020

                                                /s/ Janet C. Hall
                                              Hon. Janet C. Hall
                                              UNITED STATES DISTRICT JUDGE